IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In The Matter Of: :
                                            :
Nomination Papers of Randall Taylor   :   No.  1256 C.D. 2019
dated July 31, 2019 and August 1, 2019  :
                                            :
Appeal of:  Owen Cauley                 :

## *AMENDING ORDER*

AND NOW, this 21st day of October, 2019, the Order in the above matter, originally filed as unpublished on September 30, 2019, and re-filed this day as a published opinion, is amended to reflect the following correction:

AND NOW, this 30th day of September, 2019, the order of the Court of Common Pleas of Allegheny County, dated ~~September 30, 2019~~ August 27, 2019, is hereby affirmed.

_____
PATRICIA A. McCULLOUGH, Judge